1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

12

DISTRICT OF NEVADA

13
14

15 | STEVEN A. KEGEL,                                Case No. CV-N-06-0093-BES(VPC)

16 |                 Plaintiff,

17 | v.                                              **STIPULATION TO EXTEND
                                                    TIME FOR DEFENDANTS**
18 | BROWN & WILLIAMSON TOBACCO                     **TO FILE THEIR REPLY TO THE**
     CORPORATION; BROWN &                           **OPPOSITION TO MOTION**
19 | WILLIAMSON TOBACCO                             **FOR SUMMARY JUDGMENT**; ORDER
     CORPORATION SHORT-TERM                         **[FIRST REQUEST]**
20 | DISABILITY PLAN FOR SALARIED
     EMPLOYEES; BROWN & WILLIAMSON
21 | TOBACCO CORPORATION WELFARE
     AND FRINGE BENEFIT PLAN; R.J.
22 | REYNOLDS TOBACCO CO.; BROWN
     & WILLIAMSON TOBACCO
23 | CORPORATION/REYNOLDS
     AMERICAN, INC. SPECIAL
24 | SEVERANCE BENEFITS;
25
26 |                 Defendants.
     _____/
27
         Pursuant to Local Rules 6-1 and 7-1, Plaintiff, Steven Kegel, and Defendants,
28
     Brown & Williamson Tobacco Corporation, Brown & Williamson Tobacco

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
6100 NEIL ROAD
SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

Corporation Short-Term Disability Plan for Salaried Employees, Brown & Williamson Tobacco Corporation Welfare and Fringe Benefit Plan, R.J. Reynolds Tobacco Company, and Brown & Williamson Tobacco Corporation/Reynolds American, Inc. Special Severance Benefits, hereby STIPULATE AND AGREE to an additional amount of time for Defendants to file their Reply to the Plaintiff's Opposition to Defendants' Motion for Summary Judgment to and including November 25, 2008.

    Plaintiff's Opposition to Defendants' Motion for Summary Judgment was filed on October 2, 2008. The opposition consists of 72 pages with an additional 135 exhibits to the motion, consisting of 760 additional pages. The voluminous pleading, together with other conflicts and commitments in the calendar of defendants' counsel, required this substantial extension.

    DATED this _____ day of October, 2008.

WHITEHEAD & WHITEHEAD　　　　　　　　　MORRIS PICKERING & PETERSON

By___/s/_____　　　　By_____/s/_____
    Jonathan J. Whitehead　　　　　　　　　　　　Suellen Fulstone

and　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

ROSE LAW OFFICE
Sean Rose

Attorneys for Plaintiff

    IT IS SO ORDERED this 16th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

MORRIS PICKERING & PETERSON
ATTORNEYS AT LAW
6100 NEIL ROAD
SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

2