UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN A. KEGEL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BROWN & WILLIAMSON TOBACCO CORPORATION; BROWN & WILLIAMSON TOBACCO CORPORATION SHORT-TERM DISABILITY PLAN FOR SALARIED EMPLOYEES; BROWN & WILLIAMSON TOBACCO CORPORATION WELFARE AND FRINGE BENEFIT PLAN; R.J. REYNOLDS TOBACCO CO.; BROWN & WILLIAMSON TOBACCO CORPORATION/REYNOLDS AMERICAN, INC. SPECIAL SEVERANCE BENEFITS; *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:06-cv-0093-LRH (VPC)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO MOTION FOR RECONSIDERATION**<br>　AND ORDER |

Plaintiff, Steven Kegel, and Defendants, Brown & Williamson Tobacco Corporation, Brown & Williamson Tobacco Corporation Short-Term Disability Plan for Salaried Employees, Brown & Williamson Tobacco Corporation Welfare and Fringe Benefit Plan, R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation/Reynolds American, Inc. Special

MORRIS PETERSON
ATTORNEYS AT LAW
100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

Severance Benefits, stipulate and agree that defendants may have until Monday, April 20, 2009, within which to respond to Plaintiff's Motion for Reconsideration Pursuant to FRCP 59. The response is presently due on April 13, 2009. This is the first request for extension with respect to the response to the motion for reconsideration.

DATED this 8th day of April, 2009.

| WHITEHEAD & WHITEHEAD | MORRIS PETERSON |
|---|---|
| By_____s/s_____<br>Jonathan J. Whitehead<br>Attorney for Plaintiff | By_____s/s_____<br>Suellen Fulstone<br>Attorneys for Defendants |

## ORDER

**IT IS SO ORDERED.**

DATED this 14th day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

MORRIS PETERSON
ATTORNEYS AT LAW
00 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001