IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN A. KEGEL,<br><br>   Plaintiff,<br><br>vs.<br><br>BROWN & WILLIAMSON TOBACCO CORPORATION; R.J. REYNOLDS TOBACCO CO.; *et al.*,<br><br>   Defendants. | Case No.: 3:06-cv-00093-BES (VPC)<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S TENTH CLAIM FOR RELIEF AND TO REPLY TO DEFENDANT'S POINT AND AUTHORITIES IN OPPOSITION TO MOTION FOR RECONSIDERATION [FIRST REQUEST]** ; ORDER |

   Pursuant to Local Rules 6-1 and 7-1, Plaintiff Steven Kegel and Defendants Brown & Williamson Tobacco Corporation, Brown & Williamson Tobacco Corporation Short Term Disability Plan For Salaried Employees; Brown & Williamson Tobacco Corporation Welfare & Fringe Benefit Plan; Retirement Plan For Salaried Employees Of Brown & Williamson Tobacco Corporation and Certain Affiliates; R.J. Reynolds Tobacco Company; Brown & Williamson Tobacco Corporation/Reynolds American Inc. Special Severance Benefits; and RAI Employee Benefits Committee hereby **STIPULATE** and **AGREE** to an additional amount of time for Plaintiff Steven Kegel to file his Opposition to Defendants' Motion to Dismiss

ROSE LAW OFFICE
SEAN P. ROSE
150 W. Huffaker Lane
Suite 101
Reno, Nevada 89511
Telephone (775) 824-8200
Fax (775) 322-3014

Plaintiff's Tenth Claim for Relief and to file his Reply to Defendants' Point and Authorities in Opposition to Motion for Reconsideration to and including May 18, 2009.

Although Plaintiff's counsel have been arduously working on the Opposition and Reply, due to the complexity of the issues and Plaintiff's counsels' calendars, they are unable to complete the Opposition and Reply by the current deadline.

Plaintiff's counsel, Sean P. Rose, Esq., is also counsel of record for the Plaintiffs' in a case pending in the Second Judicial District Court of the State of Nevada entitled *Rose v. Hald*, Case No. CV04-01886. The trial of the *Rose* matter is currently scheduled to begin on June 15, 2009. As a consequence, Mr. Rose has been inundated preparing motions in limine and oppositions to Defendant's numerous motions in limine and for that trial.

The parties state that the present Stipulation for Extension of Time is made in good faith, not for purpose of delay, and there is good cause for the extension.

| ROSE LAW OFFICE | MORRIS PICKERING & PETERSON |
|---|---|
| By: /s/ Sean P. Rose<br>SEAN P. ROSE, ESQ.<br>Nevada Bar No. 5472<br>150 Huffaker Lane, Suite 101<br>Reno, NV 89511<br>*Attorney for Plaintiff*<br>*Steven Kegel* | By: /s/Suellen Fulstone (*with permission*)<br>SUELLEN FULSTONE, ESQ.<br>Nevada Bar No. 1615<br>Morris Pickering & Peterson<br>6100 Neil Road, Suite 555<br>Reno, NV 89511<br>*Attorney for Defendants*<br>*Brown & Williamson, et al./*<br>*R.J. Reynolds Tobacco*<br>*Company, et al.* |

**IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: May 4, 2009.

-2-