UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN A. KEGEL,<br><br>  Plaintiff,<br><br>v.<br><br>BROWN & WILLIAMSON TOBACCO CORPORATION; BROWN & WILLIAMSON TOBACCO CORPORATION SHORT-TERM DISABILITY PLAN FOR SALARIED EMPLOYEES; BROWN & WILLIAMSON TOBACCO CORPORATION WELFARE AND FRINGE BENEFIT PLAN; R.J. REYNOLDS TOBACCO CO.; BROWN & WILLIAMSON TOBACCO CORPORATION/REYNOLDS AMERICAN, INC. SPECIAL SEVERANCE BENEFITS; *et al.*,<br><br>  Defendants. | Case No. 3:06-cv-0093-LRH (VPC)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br><u>AND ORDER</u> |

Plaintiff Steven Kegel and Defendant R.J. Reynolds Tobacco Company, for itself and as successor in interest to Brown & Williamson Tobacco Corporation, stipulate and agree that defendant may have until Thursday, July 16, 2009, within which to reply in support of its motion to dismiss. The reply is presently due on July 6, 2009. This is the first request for extension

1

MORRIS PETERSON
ATTORNEYS AT LAW
5100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

with respect to the reply regarding the motion to dismiss.  This extension is requested to accommodate the calendar of Reynolds' counsel and not for purposes of delay.

DATED this 25th day of June, 2009.

| ROSE LAW OFFICE | MORRIS PETERSON |
|---|---|
| By____/s/_____ | By____/s/_____ |
| Sean P. Rose | Suellen Fulstone |
| Attorney for Plaintiff | Attorneys for R.J. Reynolds |

## ORDER

**IT IS SO ORDERED.**

DATED this 29th day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

MORRIS PETERSON
ATTORNEYS AT LAW
5100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

2

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PETERSON and that the foregoing document was served via electronic service to:

Jonathan J. Whitehead
Whitehead & Whitehead
6121 Lakeside Dr., Suite 200
Reno, NV 89511

Sean Rose
150 W. Huffaker Lane, Suite 101
Reno, NV 89511

Stephen H. Osborne
232 Court St.
Reno, NV 89501

DATED this 25th day of June, 2009.

_____
Employee of Morris Peterson

MORRIS PETERSON
ATTORNEYS AT LAW
100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

3