IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN A. KEGEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BROWN & WILLIAMSON TOBACCO CORPORATION; R.J. REYNOLDS TOBACCO CO.; *et al.*,<br><br>　　　　Defendants. | Case No.: 3:06-cv-00093-LRH (VPC)<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION TO AMEND SEPTEMBER 25, 2009 ORDER TO INCLUDE STATEMENT PRESCRIBED BY 28 USCA 1292(b) [SECOND REQUEST]** ; ORDER |

　　　　Pursuant to Local Rules 6-1 and 7-1, Plaintiff Steven Kegel and Defendants Brown & Williamson Tobacco Corporation, Brown & Williamson Tobacco Corporation Short Term Disability Plan For Salaried Employees; Brown & Williamson Tobacco Corporation Welfare & Fringe Benefit Plan; Retirement Plan For Salaried Employees Of Brown & Williamson Tobacco Corporation and Certain Affiliates; R.J. Reynolds Tobacco Company; Brown & Williamson Tobacco Corporation/Reynolds American Inc. Special Severance Benefits; and RAI Employee Benefits Committee hereby **STIPULATE** and **AGREE** to an additional amount of time for Plaintiff Steven Kegel to file his Opposition to Defendants' Motion to Amend September 25, 2009 Order to Include Statement Prescribed by 28 USCA 1292(b) to and including November 30, 2009.

ROSE LAW OFFICE
SEAN P. ROSE
150 W. Huffaker Lane
Suite 101
Reno, Nevada 89511
Telephone (775) 824-8200
Fax (775) 823-7709

1  Although Plaintiff's counsel have been arduously working on the Opposition, due to the complexity of the issues and Plaintiff's counsels' calendars, they are unable to complete the Opposition by the current deadline.

The parties state that the present Stipulation for Extension of Time is made in good faith, not for purpose of delay, and there is good cause for the extension.

| ROSE LAW OFFICE | MORRIS & PETERSON |
|---|---|
| By: _/s/ Sean P. Rose_<br>SEAN P. ROSE, ESQ.<br>Nevada Bar No. 5472<br>150 Huffaker Lane, Suite 101<br>Reno, NV 89511<br>*Attorney for Plaintiff*<br>*Steven Kegel* | By: /s/Suellen Fulstone *(with permission)*<br>SUELLEN FULSTONE, ESQ.<br>Nevada Bar No. 1615<br>Morris & Peterson<br>6100 Neil Road, Suite 555<br>Reno, NV 89511<br>*Attorney for Defendants*<br>*Brown & Williamson, et al./*<br>*R.J. Reynolds Tobacco*<br>*Company, et al.* |

**IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE