UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN A. KEGEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BROWN & WILLIAMSON TOBACCO CORPORATION; BROWN & WILLIAMSON TOBACCO CORPORATION SHORT-TERM DISABILITY PLAN FOR SALARIED EMPLOYEES; BROWN & WILLIAMSON TOBACCO CORPORATION WELFARE AND FRINGE BENEFIT PLAN; R.J. REYNOLDS TOBACCO CO.; BROWN & WILLIAMSON TOBACCO CORPORATION/REYNOLDS AMERICAN, INC. SPECIAL SEVERANCE BENEFITS; *et al.*,<br><br>　　　　　Defendants.<br>_____/ | Case No. 3:06-cv-0093-LRH (VPC)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO REPLY IN SUPPORT OF MOTION TO AMEND SEPTEMBER 25, 2009 ORDER TO INCLUDE STATEMENT PRESCRIBED BY 28 USCA 1292(b) AND ORDER** |

Plaintiff Steven Kegel and Defendant R.J. Reynolds Tobacco Company, for itself and as successor in interest to Brown & Williamson Tobacco Corporation, stipulate and agree that

MORRIS PETERSON
ATTORNEYS AT LAW
100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

defendant may have until December 23, 2009, within which to reply in support of its Motion to Amend September 25, 2009 Order to Include Statement Prescribed by 28 USCA 1292(b). The reply is presently due on December 9, 2009.  This is the first request for extension with respect to the reply regarding the motion to amend.  This extension is requested to accommodate the calendar of Reynolds' counsel and not for purposes of delay.   All other defendants have been dismissed from this case.

DATED this 2nd day of December, 2009.

| ROSE LAW OFFICE | MORRIS PETERSON |
|---|---|
| By_____/s/_____<br>Sean P. Rose<br>Attorney for Plaintiff | By_____/s/_____<br>Suellen Fulstone<br>Attorneys for R.J. Reynolds |

### ORDER

**IT IS SO ORDERED.**

DATED this 4th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

MORRIS PETERSON
ATTORNEYS AT LAW
100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001