UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN A. KEGEL,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BROWN & WILLIAMSON TOBACCO CORPORATION; R.J. REYNOLDS TOBACCO CO.; BROWN & WILLIAMSON TOBACCO CORPORATION/REYNOLDS AMERICAN, INC. SPECIAL SEVERANCE BENEFITS;<br><br>　　　　　　　Defendants.<br>_____/ | Case No. 3:06-cv-0093-LRH (VPC)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO REPLY IN SUPPORT OF MOTION TO AMEND SEPTEMBER 25, 2009 ORDER TO INCLUDE STATEMENT PRESCRIBED BY 28 USCA 1292(b) AND ORDER** |

　　　Plaintiff Steven Kegel and Defendant R.J. Reynolds Tobacco Company, for itself and as successor in interest to Brown & Williamson Tobacco Corporation, stipulate and agree that defendant may have until December 30, 2009, within which to reply in support of its Motion to Amend September 25, 2009 Order to Include Statement Prescribed by 28 USCA 1292(b). The reply

MORRIS PETERSON
ATTORNEYS AT LAW
5100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001

is presently due on December 23, 2009.  This is the second request for extension with respect to the reply regarding the motion to amend.  This extension is requested to accommodate personal and family issues of Reynolds' counsel.

DATED this 23rd day of December, 2009.

| ROSE LAW OFFICE | MORRIS PETERSON |
|---|---|
| By_____/s/_____<br>Sean P. Rose<br>Attorney for Plaintiff | By_____/s/_____<br>Suellen Fulstone<br>Attorneys for R.J. Reynolds |

### ORDER

**IT IS SO ORDERED.**

DATED this 28th day of December, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

MORRIS PETERSON
ATTORNEYS AT LAW
100 NEIL ROAD, SUITE 555
RENO, NEVADA 89511
775/829-6000
FAX 775/829-6001